### Commonwealth *v.* Goodman, Appellant.

Before DOTY, J.

Submitted June 10, 1974. *A. Martin Herring,* and *Teitelman and Herring,* for appellant; *John H. Isom, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni, Deputy* District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Hayes, Appellant.

Before SALUS, JR., J., without a jury.

Submitted June 12, 1974. *William J. Brady, Jr.,* for appellant; *John H. Isom, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.